RECEIVED

JUN 26 2008

Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James G. Turner-el,

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jodi Harmon; Unknown Defendant Nurse; Dr. Mikhail Magdell; A. Feinerman; Ms. Howie; L. Goforth; Donald A. Hulick; Roger Walker, Jr., */

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV3664
JUDGE MORAN
MAGISTRATE JUDGE ASHMAN

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

*/ Defendant Unknown Correctional Guards and Administrator of Chester Memorial Hospital.

I. **Plaintiff(s):**

A. Name: James G. Turner-ee

B. List all aliases: None

C. Prisoner identification number: N-01161

D. Place of present confinement: Menard Correctional Center

E. Address: P.O. Box 711 / Chester, Il. 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Jodi Harmon
   Title: Registered Nurse/CMT
   Place of Employment: Menard Correctional Center of the Illinois Dept. of Corrections

B. Defendant: Milkhail Magdell
   Title: Medical Doctor
   Place of Employment: Menard Corr. Ctr. of the Ill. Dept of Corrections

C. Defendant: Adrian Feinerman
   Title: Medical Doctor / Director
   Place of Employment: Menard Corr. Ctr. of the Ill. Dept. of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Ms. Howie
Title: Counselor
Employer: Menard Corr. Ctr. of the Illinois Dept of Corrections

E. L. Goforth
Title: Counselor
Employer: Menard Corr. Ctr. of the Illinois Dept. of Corrections

F. Donald A. Hulick
Title: Warden Menard Corr. Ctr.
Employer: Illinois Dept of Corrections

G. Roger Walker Jr.,
Title Director Ill. Dept. of Corrections
Employer Ill. Dept. of Corrections

H. Unknown Defendant Nurse
Title: Registered Nurse
Employer: Menard Corr. Ctr. of the Ill. Dept. of Corrections

I. Unknown Defendant Correctional Guards
Employer: Menard Corr. Ctr. of the Ill. Dept. of Corrections

J. Unknown Hospital Administrator
Title: Hospital Administrator
Employer: Chester Memorial Hospital.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _(See attached Pages)_

B. Approximate date of filing lawsuit: _(See attached Pages)_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _(See Pages)_

D. List all defendants: _(See Pages)_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _(See Pages)_

F. Name of judge to whom case was assigned: _(See Pages)_

G. Basic claim made: _(See Pages)_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _(See Pages)_

I. Approximate date of disposition: _(See Pages)_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

# U.S. Party/Case Index

## Civil Name Search Results

27 Total Party matches for selection TURNER-EL, JAMES for Illinois Central
Search Complete
Mon Mar 25 10:46:21 CST 2002
Selections 1 through 27 (Page 1)

● Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  TURNER-EL, JAMES G<br>TURNER-EL vs. DILLMAN | ilcdc | 2:1989cv02210 | 07/14/1989 | 550 | 10/29/1990 |
| 2  TURNER-EL, JAMES G<br>TURNER-EL vs. GOSKIE | ilcdc | 2:1989cv02211 | 07/14/1989 | 550 | 11/20/1990 |
| 3  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02212 | 07/14/1989 | 550 | 10/29/1990 |
| 4  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02213 | 07/14/1989 | 550 | 11/24/1989 |
| 5  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02214 | 07/14/1989 | 550 | 11/15/1990 |
| 6  TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02215 | 07/14/1989 | 550 | 11/24/1989 |
| 7  TURNER-EL, JAMES G<br>TURNER-EL vs. SHANSKY | ilcdc | 2:1989cv02216 | 07/14/1989 | 550 | 11/24/1989 |
| 8  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02217 | 07/14/1989 | 550 | 10/29/1990 |
| 9  TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02218 | 07/14/1989 | 550 | 10/29/1990 |
| 10 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilcdc | 2:1989cv02219 | 07/14/1989 | 550 | 10/29/1990 |
| 11 TURNER-EL, JAMES G<br>TURNER-EL vs. GOSKIE | ilcdc | 2:1989cv02220 | 07/14/1989 | 550 | 10/29/1990 |
| 12 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS, ET AL | ilcdc | 2:1989cv02221 | 07/14/1989 | 550 | 10/29/1990 |
| 13 TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02222 | 07/14/1989 | 550 | 10/29/1990 |
| 14 TURNER-EL, JAMES G<br>TURNER-EL vs. LOWERY | ilcdc | 2:1989cv02223 | 07/14/1989 | 550 | 10/29/1990 |
| 15 TURNER-EL, JAMES G<br>TURNER-EL vs. LANE | ilcdc | 2:1989cv02224 | 07/14/1989 | 550 | 11/24/1989 |

16 TURNER-EL, JAMES G ilcdc    2:1989cv02225 07/14/1989  550  11/24/1989
TURNER-EL vs. PETERS

17 TURNER-EL, JAMES G ilcdc    2:1989cv02305 10/16/1989  550  07/03/1990
TURNER-EL vs. PETERS

18 TURNER-EL, JAMES G ilcdc    2:1990cv02254 08/03/1990  550  05/13/1992
TURNER-EL vs. PETERS

19 TURNER-EL, JAMES G ilcdc    2:1990cv02275 08/13/1990  550  01/18/1991
TURNER-EL vs. MCGINNIS

20 TURNER-EL, JAMES G ilcdc    2:1990cv02277 08/20/1990  550  01/31/1991
TURNER-EL vs. PETERS

21 TURNER-EL, JAMES G ilcdc    2:1990cv02293 08/31/1990  550  12/29/1992
TURNER-EL vs. IRVIN

22 TURNER-EL, JAMES G ilcdc    2:1990cv02294 08/31/1990  550  03/05/1993
TURNER-EL vs. MCGINNIS

23 TURNER-EL, JAMES G ilcdc    1:1993cv01054 02/10/1993  550  03/30/1993
TURNER-EL vs. LOWERY

24 TURNER-EL, JAMES G ilcdc    1:1993cv01058 02/10/1993  550  03/30/1993
TURNER-EL vs. PETERS

25 TURNER-EL, JAMES G ilcdc    1:1993cv01059 02/10/1993  550  04/22/1993
TURNER-EL vs. PETERS

26 TURNER-EL, JAMES G ilcdc    1:1993cv01069 02/18/1993  550  04/22/1993
TURNER-EL vs. BAKER

27 TURNER-EL, JAMES G ilcdc    1:1993cv01085 03/03/1993  550  03/30/1993
TURNER-EL vs. CRAINE

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/25/2002 10:46:21 | | | |
| PACER Login: | us0166 | Client Code: | |
| Description: | Civil srch pg 1 | Search Criteria: | TURNER-EL, JAMES |
| Billable Pages: | 1 | Cost: | 0.07 |

### U.S. Party/Case Index - Home

Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

??? Help

# U.S. Party/Case Index

## Civil Name Search Results

20 Total Party matches for selection TURNER-EL, JAMES for Illinois Northern
Search Complete
Mon Mar 25 10:46:52 CST 2002
Selections 1 through 20 (Page 1)

●Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1 TURNER-EL, JAMES G<br>TURNER-EL vs. SUPT | ilndc | 1:1986cv08929 | 06/29/1998 | 999 | 06/23/1999 |
| 2 TURNER-EL, JAMES G<br>TURNER vs. STRUBBE, ET AL | ilndc | 1:1989cv05004 | | 550 | |
| 3 TURNER-EL, JAMES G<br>TURNER-EL vs. IL BD OF ED | ilndc | 1:1993cv04918 | 09/12/1994 | 550 | 06/03/1997 |
| 4 TURNER-EL, JAMES G<br>TURNER-EL vs. CRAINE | ilndc | 1:1993cv04919 | 01/28/1994 | 550 | 01/28/1994 |
| 5 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilndc | 1:1993cv04967 | 01/28/1994 | 550 | 01/28/1994 |
| 6 TURNER-EL, JAMES G<br>TURNER-EL vs. IL DEPT CORR | ilndc | 1:1993cv04968 | 01/28/1994 | 550 | 01/28/1994 |
| 7 TURNER-EL, JAMES G<br>TURNER-EL vs. GODINEZ | ilndc | 1:1993cv04969 | 01/28/1994 | 550 | 01/28/1994 |
| 8 TURNER-EL, JAMES G<br>TURNER-EL vs. GODINEZ | ilndc | 1:1993cv04970 | 01/28/1994 | 530 | 01/31/1994 |
| 9 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilndc | 1:1993cv05160 | 01/28/1994 | 550 | 01/28/1994 |
| 10 TURNER-EL, JAMES G<br>TURNER-EL vs. GODINEZ | ilndc | 1:1993cv05161 | 01/28/1994 | 550 | 01/28/1994 |
| 11 TURNER-EL, JAMES G<br>TURNER-EL vs. PETERS | ilndc | 1:1993cv05162 | 01/28/1994 | 550 | 01/28/1994 |
| 12 TURNER-EL, JAMES G<br>TURNER-EL vs. WASHINGTON | ilndc | 1:1996cv06323 | 06/18/1997 | 550 | 03/02/1998 |
| 13 TURNER-EL, JAMES G<br>TURNER-EL vs. DETELLA | ilndc | 1:1996cv06368 | 02/26/1997 | 550 | 02/26/1997 |
| 14 TURNER-EL, JAMES G<br>TURNER-EL vs. WASHINGTON | ilndc | 1:1997cv00022 | 09/04/1997 | 555 | 09/04/1997 |
| 15 TURNER-EL, JAMES G<br>TURNER-EL vs. PAGE | ilndc | 1:1997cv01818 | 03/17/1997 | 555 | 01/26/1998 |
| 16 TURNER-EL, JAMES G | ilndc | 1:1997cv02373 | 04/16/1997 | 555 | 04/16/1997 |

16 TURNER-EL, JAMES G ilndc    1:1997cv02373 04/10/1997 555 04/10/1997
TURNER-EL vs. PAGE

17 TURNER-EL, JAMES G ilndc    1:1997cv05822 08/15/1997 555 02/25/1998
TURNER-EL vs. WASHINGTON

18 TURNER-EL, JAMES G ilndc    1:2001cv07163 12/19/2001 550 09/26/2001
TURNER-EL vs. AGNELLO

19 TURNER-EL, JAMES G ilndc    1:2001cv08623 11/08/2001 550 11/30/2001
TURNER-EL vs. MORAN

20 TURNER-EL, JAMES G ilndc    1:2001cv08930 11/27/2001 550 11/27/2001
TURNER-EL vs. BROWN

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/25/2002 10:46:52 | | | |
| PACER Login: | us0166 | Client Code: | |
| Description: | Civil srch pg 1 | Search Criteria: | TURNER-EL, JAMES |
| Billable Pages: | 1 | Cost: | 0.07 |

**U.S. Party/Case Index - Home**
Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

? Help

# U.S. Party/Case Index

## Civil Name Search Results

42 Total Party matches for selection TURNER EL, JAMES for Illinois Southern
Search Complete
Mon Mar 25 10:47:20 CST 2002
Selections 1 through 42 (Page 1)

● Download (1 pages $ 0.00)

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  TURNER EL, JAMES G  TURNER EL vs. LANE | ilsdc | 3:1989cv03289 | 05/17/1989 | 550 | 06/26/1991 |
| 2  TURNER EL, JAMES G  TURNER EL vs. USPC | ilsdc | 3:1990cv03388 | 07/03/1990 | 530 | 09/26/1991 |
| 3  TURNER EL, JAMES G  TURNER EL vs. O'HARE | ilsdc | 3:1992cv00580 | 08/07/1992 | 540 | 08/07/1992 |
| 4  TURNER EL, JAMES G  TURNER EL vs. PETERS | ilsdc | 3:1993cv00291 | 04/28/1993 | 550 | 04/04/1994 |
| 5  TURNER EL, JAMES G  TURNER EL vs. BAKER | ilsdc | 3:1993cv00292 | 04/28/1993 | 550 | 04/04/1994 |
| 6  TURNER EL, JAMES G  GEDER vs. PAGE | ilsdc | 3:1997cv00286 | 04/02/1997 | 555 | 02/11/2000 |
| 7  TURNER EL, JAMES G  THOMAS EL vs. PAGE | ilsdc | 3:1997cv00287 | 04/02/1997 | 555 | 07/22/1999 |
| 8  TURNER EL, JAMES G  ODEN vs. PAGE | ilsdc | 3:1997cv00424 | 05/12/1997 | 555 | 06/07/1999 |
| 9  TURNER EL, JAMES G  TURNER EL vs. WEST | ilsdc | 3:1997cv00688 | 08/11/1997 | 555 | 10/07/1997 |
| 10 TURNER EL, JAMES G  TURNER EL vs. PAGE | ilsdc | 3:1997cv00690 | 08/11/1997 | 555 | 10/03/1997 |
| 11 TURNER EL, JAMES G  TURNER EL vs. WASHINGTON | ilsdc | 3:1997cv00985 | 12/04/1997 | 555 | 12/23/1997 |
| 12 TURNER EL, JAMES G  TURNER EL vs. WEST | ilsdc | 3:1997cv00986 | 12/04/1997 | 555 | 12/16/1997 |
| 13 TURNER EL, JAMES G  TURNER EL vs. MAYO | ilsdc | 3:1997cv00987 | 12/04/1997 | 555 | 12/16/1997 |
| 14 TURNER EL, JAMES G  TURNER EL vs. FRENTZEL | ilsdc | 3:1997cv00993 | 12/08/1997 | 555 | 04/20/1999 |
| 15 TURNER EL, JAMES G  TURNER EL vs. WASHINGTON | ilsdc | 3:1997cv00996 | 12/04/1997 | 555 | 08/08/2000 |

APPENDIX A

16 TURNER EL, JAMES G ilsdc    3:1998cv00030 01/16/1998 555 01/30/1998
TURNER EL vs. USA

17 TURNER EL, JAMES G ilsdc    3:1998cv00378 05/11/1998 555 05/20/1998
TURNER EL vs. HARTMAN

18 TURNER EL, JAMES G ilsdc    3:1998cv00386 05/11/1998 555 05/20/1998
TURNER EL vs. RENNISON

19 TURNER EL, JAMES G ilsdc    3:1998cv00775 10/26/1998 555 01/29/1999
TURNER EL vs. MAYO

20 TURNER EL, JAMES G ilsdc    3:1998cv00873 12/07/1998 555 02/18/1999
TURNER EL vs. PAGE

21 TURNER EL, JAMES G ilsdc    3:1998cv00874 12/07/1998 555 01/20/1999
TURNER EL vs. WASHINGTON

22 TURNER EL, JAMES G ilsdc    3:1998cv00875 12/07/1998 555 01/18/2000
TURNER EL vs. INTERNAL AFFAIRS

23 TURNER EL, JAMES G ilsdc    3:1999cv00013 01/07/1999 555 08/14/2000
TURNER EL vs. PAGE

24 TURNER EL, JAMES G ilsdc    3:1999cv00283 04/26/1999 555 04/29/1999
TURNER EL vs. FEINERMAN

25 TURNER EL, JAMES G ilsdc    3:1999cv00284 04/26/1999 555 01/19/2000
TURNER EL vs. PAGE

26 TURNER EL, JAMES G ilsdc    3:2001cv00247 04/10/2001 555
TURNER EL vs. ASSIGNMENT COMMITTEE

27 TURNER EL, JAMES G ilsdc    3:2001cv00248 04/10/2001 555
TURNER EL vs. FIENERMAN

28 TURNER EL, JAMES G ilsdc    3:2001cv00270 05/01/2001 530 06/26/2001
TURNER EL vs. JAWORSKI

29 TURNER EL, JAMES G ilsdc    3:2001cv00274 05/03/2001 530 02/26/2002
TURNER EL vs. COWAN

30 TURNER EL, JAMES G ilsdc    3:2001cv00287 05/08/2001 555 07/10/2001
TURNER EL vs. STANLEY

31 TURNER EL, JAMES G ilsdc    3:2001cv00298 05/10/2001 530 08/17/2001
TURNER EL vs. USPC

32 TURNER EL, JAMES G ilsdc    3:2001cv00299 05/10/2001 555 03/13/2002
TURNER EL vs. PAGE

33 TURNER EL, JAMES G ilsdc    3:2001cv00300 05/10/2001 555
TURNER EL vs. ZIELINSKI

34 TURNER EL, JAMES G ilsdc    3:2001cv00301 05/10/2001 530 06/26/2001
TURNER EL vs. ZIELINSKI

35 TURNER EL, JAMES G ilsdc    3:2001cv00472 07/16/2001 555 07/26/2001
TURNER EL vs. SNYDERS

36 TURNER EL, JAMES G ilsdc    3:2001cv00489 07/18/2001 540 07/27/2001
TURNER EL vs. PROUD

| 37 | TURNER EL, JAMES G | ilsdc | 3:2001cv00527 | 08/08/2001 | 555 | 08/29/2001 |
| --- | --- | --- | --- | --- | --- | --- |
| | TURNER EL vs. SNYDERS | | | | | |
| 38 | TURNER EL, JAMES G | ilsdc | 3:2001cv00557 | 08/17/2001 | 555 | |
| | TURNER EL vs. MURPHY | | | | | |
| 39 | TURNER EL, JAMES G | ilsdc | 3:2001cv00631 | 09/24/2001 | 555 | 02/25/2002 |
| | TURNER EL vs. SNYDER | | | | | |
| 40 | TURNER EL, JAMES G | ilsdc | 3:2001cv00632 | 09/24/2001 | 555 | |
| | TURNER EL vs. MAUE | | | | | |
| 41 | TURNER EL, JAMES G | ilsdc | 3:2001cv00734 | 11/06/2001 | 555 | |
| | TURNER EL vs. WALLS | | | | | |
| 42 | TURNER EL, JAMES G | ilsdc | 3:2001cv00982 | 12/13/2001 | 555 | |
| | TURNER EL vs. COWAN | | | | | |

| PACER Service Center | |
| --- | --- |
| Transaction Receipt | |
| 03/25/2002 10:47:21 | |
| PACER Login: us0166 | Client Code: |
| Description: Civil srch pg 1 | Search Criteria: TURNER EL, JAMES |
| Billable Pages: 1 | Cost: 0.07 |

U.S. Party/Case Index - Home

Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

??? Help



# Seventh Circuit Court of Appeals

# Docket Sheets by Person

00-1435   Turner-El, James G. v. Feinerman, Doctor

00-1454   Turner-El, James G. v. Internal Affairs

00-4006   Turner-El, James G. v. Washington, Odie

00-8024   Turner-El, James G. v. Washington, Odie

01-3886   Turner-El, James v. Agnello, Gino

02-1127   Turner-El, James S. v. Moran, James B.

02-1131   Turner-El, James G. v. USA

90-1451   Turner-EL, James G. v. Lane, Michael P.

90-1452   Turner-El, James G. v. Lane, Michael P.

90-1453   Turner-EL, James G. v. Shansky, Ronald

90-1454   Turner-EL, James G. v. Lane, Michael P.

90-1455   Turner-EL, James G. v. Peters, Howard A.

90-1991   Turner-El, James G. v. Lane, Michael P.

90-1992   Turner-El, James G. v. Lane, Michael P.

90-1993   Turner-El, James G. v. Lane, Michael P.

90-2175   Turner-El, James G. v. Atkinson, Jeff

90-2260   Turner-El, James G. v. Geraghty, Thomas F.

90-2610   Turner-El v. Geraghty, Thomas F.

90-2613   Turner-EL, James G. v. Peters, Howard A.

90-2934   Turner-El, James G. v. Strubbe, Thomas F.

92-2406   Turner-El, James G. v. Peters, Howard

93-2087   Turner-El, James G. v. O'Hare, Stuart J.

93-2132   Turner-El, James G. v. Lane, Michael P.

| | |
|---|---|
| 93-2133 | Turner-El, James G. v. Lane, Michael P. |
| 93-2134 | Turner-El, James G. v. Lane, Michael P. |
| 94-2130 | Turner-El, James G. v. Peters, Howard A. |
| 94-2135 | Turner-El, James G. v. Baker, Harold A. |
| 97-1748 | Turner-El, James G. v. Detella, George E. |
| 97-2480 | Turner-El, James G. v. Peters, Howard |
| 98-1462 | Turner-El, James G. v. Washington, Odie |
| 98-1744 | Turner-El, James G. v. West, Mary |
| 98-1745 | Turner-El, James G. v. Mayo, Sergeant |
| 98-1763 | Turner-El, James G. v. Page, Thomas F. |
| 98-1810 | Turner-El, James G. v. Page, Thomas F. |
| 98-1811 | Turner-El, James G. v. Washington, Odie |
| 98-1813 | Turner-El, James G. v. Page, Thomas F. |
| 98-1814 | Turner-El, James G. v. Page, Thomas F. |
| 98-1815 | Turner-El, James G. v. Page, Thomas |
| 98-1816 | Turner-El, James G. v. West, Mary |
| 98-1817 | Turner-El, James G. v. Page, Thomas |
| 98-1838 | Turner-El, James G. v. Washington, Odie |
| 98-2887 | Turner-El v. DeTella, George E. |
| 99-1455 | Turner-El, James G. v. Internal Affairs |
| 99-1472 | Turner-El, James G. v. Page, Thomas F. |
| 99-1475 | Turner-El, James G. v. Washington, Odie |
| 99-1490 | Turner-El, James G. v. Washington, Odie |
| 99-1845 | Turner-El, James G. v. Rennison, Colleen |
| 99-2088 | Turner-El, James G. v. Branche, Alfred |
| 99-2107 | Turner-El, James G. v. Page, Thomas F. |

Charles R. Schmadeke    cschmadeke@hinshawlaw.com

Linda M. Wolters    lwolters@atg.state.il.us, jedwards@atg.state.il.us;jginter@atg.state.il.us

**3:01-cv-248 Notice will not be electronically mailed to:**

James G Turner El
#N-01161
MENARD CORR
Menard Corr Center
PO Box 711
Menard, IL 62259

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On or about October 2, 2007 defendant Feinerman determined plaintiff was bleeding internally and ordered plaintiff hospitalized at prison hospital, where he remained til November 2, 2007, before being released back to North II Disciplinary/Segregation Unit, even though defendant Feinerman had not determined origin of his bleeding.

2. Defendant Feinerman ordered several test to find source of plaintiff's bleeding, but each proved futile and final test was to be conducted at outside hospital.

3. Plaintiff suffers from High Blood Pressure; Hepatitis-C; Anemia; Internal bleeding, and he has pain in his lower right abdomen, no-medical-staff can explain; pain in both arms and hands and lower back pain, defendants Magdell and Feinerman refuse to give plaintiff anything for pain, subjecting plaintiff to unnecessary infliction of pain, with No medical treatment afforded.

4. On or about January 15, 2008 defendant Magdell determined plaintiff was bleeding out and his life was in danger and he

4

Revised 9/2007

ordered a blood transfusion. However, even though the transfusion was to be done at Chester Memorial Hospital, Defendant(s) Magdell, in conspiracy with defendant(s) Feinerman, Horman, Unknown defendant Nurse and Unknown Hospital Administrator of Chester Memorial Hospital contrived scheme of how Blood Transfusion could be done at Menard, but, making it appear as though transfusion was conducted at Chester Memorial Hospital.

5. Defendant Magdell ordered a blood test, to determine plaintiff's blood type, so the blood could be ordered from Chester Memorial Hospital would that once blood was ordered plaintiff couldn't refuse to accept it, as it was expensive. A few hours later blood was delivered to Menard prison hospital.

6. Plaintiff was advised by defendant Unknown Nurse that he'd have to wear a wrist-band-name-tag, and once tag was on him he couldn't leave prison hospital for any reason. Then plaintiff was tagged.

7. Plaintiff immediately discovered that the wrist-band on his wrist illegally alleged plaintiff was at Chester Memorial Hospital to undergo the Blood Transfusion when plaintiff was at Menard prison hospital.

8. In conspiracy, corroboration and collusion by express and implied consent defendant(s) Feinerman, Magdell and

Hulick authorized illegal blood transfusion to be done at Menard prison and defendant(s) Harman and Unknown Defendant Nurse performed the actual transfusion, with no regard to plaintiff's health and safety. When plaintiff inquired as to why Chester's wrist-band was placed on his wrist, he was informed, that this way if any complications had occurred during transfusion and plaintiff died or suffered debilitating injury, Menard prison would not be libble.

9. Plaintiff knew blood transfusion was unlawfully performed and that defendant(s) were concerned with monatary gain. He only suffered damage to his blood vessels and was in pain 30 days.

10. Plaintiff prepared grievance complaint he gave defendant Howie January 18, 2008, to date, said defendant still refuses to address decide or return grievance complaint. 1/

11. Plaintiff also sent a grievance in emergency to defendant Hulick who likewise has never addressed, decided or returned grievance complaint. However, plaintiff is not sure if Emergency grievance was received by defendant Hulick, as defendant Unknown guards are tampering with plaintiff's legal/personal mail he sends to Circuit Court of Sangamon County and to his family and could have prevented mail from being received by defendant Hulick.

12. Plaintiff upon hearing nothing from defendant Hulick took appeal to defendant Walker Jr, by mailing grievance appeal to him by defendant Unknown guards, but, same has not been addressed decided nor returned, nor, has money voucher for postage been returned, guards could have stolen said mail.

13. All named defendants subjected plaintiff to imminent dangers by conducting an illegal blood transfusion.

14. All named Medical staff, their agents, employees, etc., each now refuses to afford plaintiff any medical treatment for his serious medical problems and will not schedule for Doctor's Call-Line nor, will they afford any pain medications, subjecting plaintiff to constant nagging pain.

15. All named defendant(s) were acting under color of Illinois state law and each is sued in their individual and official capacities.

I.

LEGAL CLAIM COUNT I.

16. Defendant(s) Feinerman, Magdell, Hulick and Unknown Hospital Administrator of Chester Memorial Hospital acts and omissions made intentionally, knowingly, willfully, wantonly and arbitrarily in conspiracy,

- 6 -

---

1/ Also gave defendant Goforth grievances to which she has never addressed, decided or returned.

corroboration and collusion by express and implied consent in bad faith, deliberate indifference and total reckless disregard of the plaintiff's life and safety condoned and authorized illegal blood transfusion under unlawful deguise, subjecting plaintiff to imminent dangers of serious physical injury, depriving him of his rights to due process, equal protection of the law and to be free from cruel and unusual punishment, in violation of the 5th, 8th and the 14th Amendments to the U.S. Constitution.

## II.

### LEGAL CLAIM COUNT II.

17. Defendant(s) Feinerman, Magdell, Horman and Unknown Defendant Nurse have conspired to deprive plaintiff of any further medical treatment, because he has prepared this complaint against them defendants are subjecting plaintiff to continued pain and suffering and imminent dangers of serious physical injury by denying all medical treatment, same deprives plaintiff of due process, equal protection of the law and subjects him to cruel and unusual punishment in violation of the 5th, 8th and 14th Amendments to the U.S. Constitution.

## III.

### LEGAL CLAIM COUNT III.

18. Defendant(s) Horman and Unknown Defendant Nurse's acts and omissions of actually performing illegal blood transfusion, knowing full well they were placing plaintiff's life at risk and transfusion should have been done at Chester Memorial Hospital, shows the defendants acted intentionally and arbitrarily in conspiracy, corroboration and collusion by express or implied consent with defendant(s) Feinerman, Magdell, Hulick and Unknown Hospital Administrator at Chester Memorial Hospital's fraud to make it appear transfusion was done legally at Chester Memorial Hospital, subjected plaintiff to imminent dangers of serious physical injury and denied him due process, equal protection of the law and to be free from cruel and unusual punishment in violation of the 5th, 8th and 14th Amendments to the U.S. Constitution.

## IV.

### LEGAL CLAIM COUNT IV.

19. Defendant(s) Goforth, Howie, Hulick, Walker, Jr. and defendant Unknown Correctional guards acts and omissions done intentionally, wantonly, willfully, knowingly and arbitrarily in conspiracy, corroboration and collusion by express and implied consent in bad faith,

-7-

with deliberate indifference and total reckless disregard of the plaintiff's rights refused to process and/or forward his grievances and appeals thereby depriving him of an institutional/administrative remedy denying him of due process, equal protection of the law, and subjecting him to cruel and unusual punishment in violation of the 5th, 8th and 14th Amendments to the U.S. Constitution.

V.

LEGAL CLAIM COUNT V.

20. All named defendant(s) named and unknown acts and omissions deprives plaintiff of his rights under the Bill of Rights, Art 1, §2 of the Illinois State Constitution.

VI.

LEGAL CLAIM COUNT VI.

21. All named defendant(s) and unknown named defendants acts and omissions deprived plaintiff of rights reserved by virtue of Illinois State and Federal law.

VII.

LEGAL CLAIM COUNT VII.

22. All named and unknown named defendant(s) acts and omissions were made in violation of IDOC Directives, Rules and Regulations.

-8-

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) Declaratory Judgement; B) Injunctive Relief; C) Compensatory damages of $250,000.00 (Two Hundred Fifty Thousand Dollars); assessed against each named defendant to be awarded plaintiff; D) Punitive damages of $500,000.00 (Five Hundred Thousand Dollars) assessed against each named defendant to be awarded plaintiff; E) Defendants pay all costs; F) Reasonable Attorney Fees; G) Criminal charges lodged; H) Any additional relief the Court deems just.

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17th day of June, 20 08

_James M. J_____ EP_
(Signature of plaintiff or plaintiffs)

_James G. Turner-El_
(Print name)

_N-01161_
(I.D. Number)

_Menard Correctional Center_
_P.O. Box 711_
_Chester, Il. 62259_
(Address)

6

Revised 9/2007