IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 15 2008
Jul 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| James G. Turner-El, Plaintiff, -v- Jodi Horman, et al., Defendants. | Case No. 08 c 3664 Hon. James B. Moran, U.S. Judge presiding. |
| James G. Turner-El, Plaintiff, -v- Donald A. Hulick, et al., Defendant(s). | Case No. 08 c 3846 Hon. James B. Moran, U.S. Judge presiding. |

EMERGENCY
MOTION IN SUPPORT OF PROTECTIVE ORDERS, AND, PERMITTING PLAINTIFF TO USE BACKS OF FORM COMPLAINTS, ETC., TO WRITE ON AND, FOR ORDER AUTHORIZING COURT CLERK MAKE COPIES AND SERVE ALL OF THE PARTIES */

COME NOW the plaintiff James G. Turner-El, Pro Se, Pro Se, in Emergency supporting Motions For Protective Orders, and requesting this Honorable Court permit him to use backs of Form documents to write on, and for an Order authorizing the Court Clerk to photocopy and serve document on the parties. And, for law librarian to provide legal writing material, and in support he states:

1. As stated in Civil Rights Complaints, Motions

---

*/ And for K. Schorn/Librarian to furnish him with legal writing material, and video Court Conference Call

For Temporary Restraining Orders and his Motions For Protective Orders; 1) Defendant(s) are denying him of all medical treatment; Other than issuing him his daily medication for Heart/High Blood Pressure; nothing for extreme pain to lower right abdomen, lower back and both his arms and hands; His Anemia, nor Hepatitis-C; Additionally, when he's been assaulted by gang member cell mates he's had to care for his wounds himself. and, 2) Defendant(s) are keeping plaintiff confined to Hot Box Torture Chamber Cells, with younger, stronger, bigger gang members who repeatedly assaulted him, and took his food and other property, etc, then, 3) Confined long time documented enemy to cell with him to subject him to serious physical injury. 4) Plus, in Hot Box cell plaintiff can't breathe properly and he suffers breathing attacks and emotional distress to be moved from said cells, by any means necessary, including physically harming himself, which will result in his being confined to similar conditions of confinement but, with exception that he will be strip-butt-naked denied all property, clothing, bedding, cosmetics, shoes and toiletries and kept in a Hot Box Cell, forced to eat same meal twice daily everyday so situated.

2. However, following someone calling concerned with the welfare of my enemy Ellis Partee #A-15421, on July 10, 2008 after normal working hours, plaintiff was moved from Hot Box Cell with Partee, to another Hot Box Cell No. 2-32 on 2 gallery presently by himself but, because, it is not a single man cell, it is justifiably assumed that sometime in the near future, probably July 11, 2008, defendant(s) will either confine another gang member to cell with him, or another one of his enemies, which will result in plaintiff seeking to go on suicide watch, just to escape his continued physical abuse and assault.

3. During that time plaintiff will be without any of his legal documents, and possess no legal writing material, and he will not have his property returned until 2 to 3 weeks, after release from suicide watch, which will interfere with his access to this and other Courts.

4. Additionally, defendants will not assign plaintiff to suicide watch, simply by him saying he feels suicidal, plaintiff will be forced to physically harm himself to obtain placement to suicide watch,

even though, according to defendants own rules, all that is required is a prisoner to say he feels suicidal.

5. Accordingly, plaintiff pray this Honorable Court issue protective orders providing as follows:

A) Plaintiff be assigned to a regular open-barred single man cell, so he'll be by himself like all other gay men assigned to segregation;

B) That defendant's be prohibited from keeping plaintiff confined to Hot Box Torture Cells;

C) That defendants be prohibited from confining any other prisoners to cell with plaintiff while in segregation;

D) That defendants be ordered to return all of plaintiff's property same day he's released from suicide watch;

E) That plaintiff be afforded medical treatment by outside Hospital; or,

F) That plaintiff be transferred to Stateville Correctional Center; and,

G) Any additional relief this Court deems proper equitable and just.

-4-

WHEREFORE, plaintiff prays this Honorable Court enters protective Orders, permit him to use books of forms to write on, authorize Court Clerk to make copies and serve the parties; Order Librarian to provide legal supplies, and/or Order Video Court Conference Call.

Respectfully submitted,

James G. Turner-El
#N-01161
M.C.C.
P.O. Box 711
Menard, Il. 62259