Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. MORAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3664 | DATE | July 17, 2008 |
| CASE TITLE | James G. Turner-El (#N-01161) vs. Jodi Harmon, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion to consolidate cases [#7] is denied as moot. By Minute Order of July 10, 2008, the court transferred this case to the U.S. District Court for the Southern District of Illinois at East St. Louis. Any further motions or pleadings must be filed in the Southern District.

*James B. Moran*

Docketing to mail notices.

mjm