Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. MORAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3664 | DATE | July 22, 2008 |
| CASE TITLE | James G. Turner-El (#N-01161) vs. Jodi Harmon, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's emergency motion for protective orders [#8] is denied as moot. By Minute Order of July 10, 2008, the court transferred this case to the U.S. District Court for the Southern District of Illinois at East St. Louis. Again, any further motions or pleadings must be filed in the Southern District.

*James B. Moran*

Docketing to mail notices.

mjm

2008 JUL 22 PM 5:21

FILED

Page 1 of 1