

**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

July 24, 2008

Clerk of Court
USDC Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62202

    RE:    Turner-El v. Harmon et al
           Case No:    08 cv 3664

Dear Clerk:

Pursuant to the order of entered by Judge James B. Moran on July 10, 2008, the above record is electronically transmitted to the Southern District of Illinois, East St. Louis.

The following document is being transferred to the court by certified mail, number 7004 2510 0001 9676 1304. Document number: 5.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

           Sincerely yours,

           Michael W. Dobbins, Clerk

           By:    / s/ Cynthia Young
                   Deputy Clerk

Enclosures

New Case No. _____    Date _____

c:    Non-ECF Attorneys and Pro se Parties



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

July 24, 2008

Clerk of Court
USDC Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62202

RE:  Turner-El v. Harmon et al
     Case No:  08 cv 3664

Dear Clerk:

Pursuant to the order of entered by Judge James B. Moran on July 10, 2008, the above record is electronically transmitted to the Southern District of Illinois, East St. Louis.

The following document is being transferred to the court by certified mail, number 7004 2510 0001 9676 1304. Document number: 5.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:  / s/ Cynthia Young
     Deputy Clerk

Enclosures

New Case No. _____          Date _____

c:   Non-ECF Attorneys and Pro se Parties