UNITED STATES POSTAL SERVICE
SAINT LOUIS, MO
28 JUL 08 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael W. Dobbins, Clerk
USDC, Northern District of Illinois
219 South Dearborn Street
20th Floor - Clerk's Office (08 cv 3664)
Chicago, IL 60604

RECEIVED AUG 01 2008 MICHAEL W. DOBBINS CLERK

08 cv 3664

FILED
AUG 01 2008 TG
Aug 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv3664

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Clerk of Court<br>USDC of the Southern District of Illinois,<br>East St. Louis<br>750 Missouri Avenue<br>East St. Louis, IL 62201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7004 2510 0001 9676 1304 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |